**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **CASA DE MARVILLA, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO: 4:25-cv-06183** |
| **WILLIAM BONNER,** *et al.,* | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR
DEFENDANTS' RULE 12(B) PLEADINGS**

Defendants, William Bonner, Mark Ford, Matthew Turner, Lucas Maish, Chris Currey, Paul Costantino, Matt Semenza, Gail Geerling, Christopher Boothby, Monument & Cathedral Holdings, LLC ("Agora"), Tola Development Group, LLC ("Tola"); Rancho Santana, Inc. ("RS Inc."); Propiedades Habitacionales Internacionales, S.A. ("International Living"); and Rancho Santana Inc. & Cía Ltda. ("Rancho SRL") (collectively, "Defendants"), hereby file this Unopposed Motion for Leave to Exceed Page Limit for Defendants' Rule 12(b) Pleadings ("Unopposed Motion") and respectfully shows as follows:

1. CDM's Original Complaint contains over 113 pages and 403 numbered paragraphs alleging twelve (12) different causes of action against different combinations of the fourteen (14) named Defendants in this matter.

2. Pursuant to Local Rule CV-6(A), any brief or memorandum shall be limited to 25 pages. Defendants file this Unopposed Motion seeking leave to exceed the page limit in connection with Defendants' anticipated Motion to Dismiss, moving the total pages from 25 to 75 pages, inclusive of caption, signature block, and certificate of service.

Defendants further request these additional pages be available to both Parties—*i.e.*, the limit for Plaintiff Casa de Marvilla, LLC's ("CDM") response would likewise be 75 pages.

3. Defendants seek leave to file its anticipated Rule 12(b) Motion to Dismiss in excess of the page limit set forth in the local rules because Defendants' Rule 12(b) Motion to Dismiss addresses all of CDM's twelve claims asserted against the combinations of the fourteen named Defendants. Rather than file separate motions for each Defendant addressing the claims asserted against that particular Defendant, Defendants' Motion to Dismiss will address all of the issues raised in CDM's pleadings in one motion to better provide the Court with a full picture of this case and the legal issues involved. To fully address all issues, it is necessary for Defendants to exceed the 25-page limit.

**WHEREFORE, PREMISES CONSIDERED,** Defendants, William Bonner, Mark Ford, Matthew Turner, Lucas Maish, Chris Currey, Paul Costantino, Matt Semenza, Gail Geerling, Christopher Boothby, Monument & Cathedral Holdings, LLC ("Agora"), Tola Development Group, LLC ("Tola"); Rancho Santana, Inc. ("RS Inc."); Propiedades Habitacionales Internacionales, S.A. ("International Living"); and Rancho Santana Inc. & Cía Ltda. ("Rancho SRL") respectfully request that the Court grant the Unopposed Motion for Leave to Exceed Page Limit for Defendants' Rule 12(b) Pleading, permit the filing of their seventy-five-page Motion to Dismiss, and grant all other relief to which Defendants may be entitled.

Respectfully submitted,

By: */s/ Emma L. Short*

**Emma L. Short**
Texas Bar No. 24101001
Federal ID No. 3501711
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ. P.C.**
1301 McKinney Street, Suite 3700
Houston, Texas 77010
Telephone: (713) 650-9700
Facsimile:  (713) 650-9701
eshort@bakerdonelson.com

***Attorney for Defendant***

## CERTIFICATE OF CONFERENCE

I conferred with counsel for CDM about this motion and the relief sought herein on February 17, 2026. Counsel stated he is unopposed to the motion.

*/s/ Emma L. Short*
Emma L. Short

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served upon all parties of record via the ECF filing system on February 18, 2026.

*/s/ Emma L. Short*
Emma L. Short