United States District Court
Southern District of Texas

**ENTERED**

February 20, 2026
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| RECUSAL ORDER | Case Number | CA H-25-6183 |
|---|---|---|
| Style | **Casa de Maravilla, LLC v. William Bonner, et al.** | |
| ORDER | I stand recused in this case.<br>Deadlines in scheduling orders continue in effect.<br>Court settings are vacated. | |

Signed:

Ewing Werlein, Jr.,
United States District Judge

Date: February 19, 2026