**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **CASA DE MARVILLA, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO: 4:25-cv-06183** |
| **WILLIAM BONNER,** *et al.,* | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants, William Bonner, Mark Ford, Matthew Turner, Lucas Maish, Chris Currey, Paul Costantino, Matt Semenza, Gail Geerling, Christopher Boothby, Monument & Cathedral Holdings, LLC ("Agora"), Tola Development Group, LLC, Rancho Santana, Inc., Propiedades Habitacionales Internacionales, S.A. ("International Living"); and Rancho Santana Inc. & Cía Ltda., hereby submit their Certificate of Interested Persons and Corporate Disclosure Statement:

1.  The following parties are financially interested in the outcome of the litigation:

    a.  Casa de Maravilla, LLC

    b.  Venodhar Julapalli

    c.  William Bonner

    d.  Mark Ford

    e.  Matthew Turner

    f.  Lucas Maish

    g.  Chris Currey

    h.  Paul Costantino

1

    i.    Matt Semenza

    j.    Gail Geerling

    k.    Christopher Boothby

    l.    Monument & Cathedral Holdings, LLC

    m.  Tola Development Group, LLC

    n.    Rancho Santana, Inc.

    o.    Propiedades Habitacionales Internacionales, S.A.

    p.    Rancho Santana Inc. & Cía Ltda.

2.    None of the corporate Defendants listed at Paragraph 1(*l*) though (p) is publicly traded.

Respectfully submitted,

By: */s/ Emma L. Short*
**Emma L. Short**
Texas Bar No. 24101001
Federal ID No. 3501711
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ. P.C.**
1301 McKinney Street, Suite 3700
Houston, Texas 77010
Telephone: (713) 650-9700
Facsimile:  (713) 650-9701
eshort@bakerdonelson.com

*Attorney for Defendants*

By: */s/ Christopher C. Dahl*
**Christopher C. Dahl**
*Admitted pro hac vice*
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ. P.C.**
100 Light Street. 19th Floor
Baltimore, Maryland 21202
Telephone: (410) 862-1134
cdahl@bakerdonelson.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served upon all parties of record via the ECF filing system on April 9, 2026.

*/s/ Emma L. Short*
Emma L. Short