United States District Court
Southern District of Texas
**ENTERED**
June 11, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Casa de Maravilla, LLC _____, | § § § § |
| *Plaintiff,* | § § |
| v. | § § |
| Bonner, William, et al. _____, | § § § |
| *Defendant*s. | § § |

Civil Action No. 4:<u>25</u>-cv-<u> 6183 </u>

## SCHEDULING ORDER

1. <u>December 11, 2026</u>

**AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**
Party requesting joinder will furnish a copy of this scheduling order to new parties.

2a. <u>December 11, 2026</u>

**EXPERTS**
Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

2b. <u>January 11, 2027</u>

Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

3. <u>June 11, 2027</u>

**DISCOVERY**
Counsel may, by agreement, continue discovery beyond the deadline. No continuance will be

granted because of information acquired in post–deadline discovery.

4. July 12, 2027 _____ **MOTIONS DEADLINE**
Including any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date). The motion deadline may not be changed by agreement.

5a. October 15, 2027 _____ **JOINT PRETRIAL ORDER**
THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with an electronic copy.)

5b. October 29, 2027 _____ THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date.

6. November 12, 2027 **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A

7. November 15, 2027 **TRIAL** is set at 9:00 a.m. in Courtroom 9A.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on __June 11___, 202_, at Houston, Texas.

_____

Richard W. Bennett
United States Magistrate Judge