United States District Court
Southern District of Texas
**ENTERED**
July 14, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CASA DE MARAVILLA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-06183 |
| | § | |
| WILLIAM BONNER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Motion to Dismiss. Doc. #23. Defendants seek dismissal of claims asserted in Plaintiff's Original Complaint (Doc. #1) pursuant to Federal Rule of Procedure 12(b)(6). However, Plaintiff subsequently filed a First Amended Complaint, which is the live pleading. Doc. #25. Accordingly, Defendants' Motion to Dismiss is now moot. *See Probado Techs. Corp. v. Smartnet, Inc.*, No. CIVA C-09-349, 2010 WL 918573, at *1 (S.D. Tex. Mar. 12, 2010) ("If an amended complaint does not incorporate the earlier pleading, a court may deny as moot a motion to dismiss that was filed before the operative amended complaint."). For the foregoing reasons, Defendants' Motion to Dismiss (Doc. #23) is DENIED as MOOT.

It is so ORDERED.

JUL 1 4 2026
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge